No. 11-5910. Alexis Alverio-Melendez, Petitioner v. United States.

565 U.S. 925, 132 S. Ct. 356, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 6891.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 640 F.3d 412.

No. 11-5912. William Lewis Bullard, Jr., Petitioner v. United States.

565 U.S. 925, 132 S. Ct. 356, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 7108.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 645 F.3d 237.

No. 11-5914. Harry Lee Riddick, Jr., Petitioner v. United States.

565 U.S. 925, 132 S. Ct. 356, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 7093.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5916. Ronregus Arnold Jordan, Petitioner v. United States.

565 U.S. 925, 132 S. Ct. 356, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 7051.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 635 F.3d 1181.

No. 11-5921. Delmas Sexton, Petitioner v. United States (two judgments).

565 U.S. 925, 132 S. Ct. 356, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 7074.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-5923. Arnulfo Rodriguez-Perez, Petitioner v. United States.

565 U.S. 925, 132 S. Ct. 357, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 7083.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 324.

No. 11-5924. Carlos Aguiar, Petitioner v. United States.

565 U.S. 925, 132 S. Ct. 357, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 6816.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 395 U.S. App. D.C. 241, 642 F.3d 1062.

No. 11-5929. Bryan G. Leonard, Petitioner v. United States.

565 U.S. 925, 132 S. Ct. 357, 181 L. Ed. 2d 225, 2011 U.S. LEXIS 6779.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.